SAMUEL GARAFOLO, Appellant, v. MICHAEL COZZA and Others, Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, March 2, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HARRY HOLLENBERG and Others, etc., Respondents, v. STEFANE MILONE, Appellant, and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, March 2, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of MAMARONECK COMMODORE, INC., and LAWSAM REALTY CORPORATION, Appellants, for a Certiorari Order against L. HAROLD BAYLY and Others, Constituting the Board of Appeals of the Village of Mamaroneck, Respondents.— Motion for permission to file brief as *amicus curiæ* granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MICHELIN TIRE COMPANY, INC., and Another, Respondents, v. PETER JOHNSTON and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE CITY OF NEW YORK and LOUIS FINFER, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINFIELD E. CORBETT and ROBERT BURNS, Appellants.— Motions denied. The appeal to be perfected for Monday, March 2, 1931, for which date it is ordered on the calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RENNA, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the March term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ULIANO SALVATORI, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the March term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ROBERT J. REICHERT, Respondent, v. NAIDICH & GOLDSTEIN, INC., a Domestic Corporation, and Others, Appellants.— Motion to dismiss appeal withdrawn. Motion to compel defendants to furnish additional security granted; appellants to file an undertaking, with corporate surety, in the sum of $1,000 within five days from service of a copy of the order herein; otherwise, appeal dismissed, with